**SO ORDERED**

Failure to appear at the December 4, 2019 hearing. See Dkt. No. 30.



**ROBERT A. GORDON**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:     Case No.: **19–21212 – RAG**     Chapter: **13**

**Tyrone A. Taylor**
Debtor

## ORDER DENYING
## MOTION TO RECONSIDER ORDER OF DISMISSAL

Upon consideration of the "Motion to Reconsider Dismissal" filed by Debtor Tyrone A. Taylor, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the "Motion to Reconsider Dismissal" is hereby denied.

cc:   Debtor
      Attorney for Debtor – Sheereen Middleton
      All Parties
      All Counsel
      Case Trustee – Robert S. Thomas II

**End of Order**

44x01 (rev. 06/19/1998) – jwhitfield